THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALLEN W. EVARTS et al., Appellants, *v.* THE MUNICIPAL COURT OF THE CITY OF NEW YORK, BOROUGH OF MANHATTAN, NINTH DISTRICT, et al., Respondents.

SAME, Appellants, *v.* SAME, Respondents.

*People ex rel. Evarts* v. *Municipal Court, New York City*, 162 App. Div. 477, affirmed.
(Submitted September 29, 1914; decided October 13, 1914.)

APPEAL, in each of the above-entitled proceedings, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 15, 1914, which affirmed an order of Special Term denying a motion for an absolute writ of prohibition.

*Charles Strauss* and *Eugene D. Boyer* for appellants.

*Herbert G. McLear* and *Robert E. McLear* for respondents.

Order, in each case, affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.